# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-10363-RGK-RAO | Date | December 20, 2023 |
|---|---|---|---|
| Title | *Keyubba Bowman, et al. v. Novad Management Consulting, LLC, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Re: Improper Service**

On August 3, 2022, Keyubba Bowman and Rashon Bowman (collectively, "Plaintiffs"), proceeding pro se, filed a Complaint in Los Angeles County Superior Court against Novad Management Consulting, LLC ("Novad"), ISN Corporation ("ISN"), and Department of Housing and Urban Development ("HUD") (collectively, "Defendants") alleging various state law claims and violations of the Real Estate Settlement Procedures Act ("RESPA") and the Fair Debt Collection Practices Act ("FDCPA"). On December 11, 2023, Defendant HUD removed the action to this Court under 28 U.S.C. § 1442(a)(1), the federal officer removal statute.

Based on the Court's review of Plaintiffs' proofs of service filed in state court before removal, it appears ISN was never properly served. The federal rule for service of process on a corporation, which incorporates state laws for service of process, permits service to be made on, among other persons, an agent appointed by the corporation to receive service of process. Fed. R. Civ. Proc. 4(h); Cal. Civ. Proc. Code § 416.10. Here, service on ISN was purportedly effected by personal service on "Jenn Bautista – Person Authorized to Accept Service of Process – CSC Lawyers Incorporating Service." However, there is no indication that this person is ISN's designated agent for receiving service of process. Additionally, the 90-day window for effecting service has long passed. *See* Fed. R. Civ. Proc. 4(m).

Accordingly, the Court **ORDERS** Plaintiffs to **SHOW CAUSE IN WRITING** as to whether ISN was properly served, and if not then why ISN should not be dismissed from the action for improper service. Plaintiffs' response is due no later than **January 22, 2024**.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/dc |